# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LAWRENCE SARSOUN,

        Plaintiff,

v.    Case No: 6:14-cv-2054-Orl-18TBS

BANK OF AMERICA CREDIT CO., JUNIPER CREDIT CO., COMMUNITY CREDIT, GM CREDIT CO., CITIBANK CREDIT CO., AND DISCOVER CREDIT CO.,

        Defendants.

## ORDER

THIS CAUSE comes for consideration on the Court's own motion. Plaintiff Lawrence Sarsoun initiated this action against Defendants Bank of America Credit Co., Juniper Credit Co., Community Credit, GM Credit Co., Citibank Credit Co., and Discover Credit Co. (Doc 1.) On December 19, 2014, United States Magistrate Judge Thomas B. Smith issued a report and recommendation (Doc. 2) regarding the Complaint. Sarsoun filed no objection to Judge Smith's Report and Recommendation. Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 2) is **APPROVED** and **ADOPTED**.
2. Plaintiff Lawrence Sarsoun's complaint (Doc. 1) is **DISMISSED WITH PREJUDICE.**
3. The Clerk of the Court is directed to **CLOSE** the case.

**DONE and ORDERED** in Orlando, Florida on this ___7___ day of January, 2015.

                                                  G. KENDALL SHARP
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties